IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRAD HOWARD, on behalf of
himself and all others similarly situated                    PLAINTIFF

v.                    Case No. 4:10-cv-1662-DPM

BAYER CORPORATION and
BAYER HEALTHCARE, LLC                                        DEFENDANTS

JUDGMENT

Brad Howard's complaint is dismissed with prejudice.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

22 July 2011